[No. 1150, January 18, 1907.]

W. R. PILANT, Appellant, v. S. GRABFELDER & CO., Appellees.

Appeal from the District Court for Chaves county, before W. H. POPE, Associate Justice. Affirmed.

GATEWOOD & DUNN,¹ Attorneys for Appellant.

A. J. NIBET, Attorney for Appellee.

(No Briefs.)

Territory v. Gonzales.

## OPINION OF THE COURT.

ABBOTT, J.—It was agreed that this case and No. 1149, W. R. Pilant, appellant, v. S. Hirsch & Co., appellees, involved the same facts and legal questions and should be consolidated and decided on one brief from each side for both causes, and that the opinion rendered by the court should be decisive of each case. The briefs and opinion are on file in No. 1149.

The judgment of the District Court is affirmed.